IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | |
| ) | |
| Plaintiff,   ) | |
| ) | |
| v.   ) | No.  05-3096 |
| ) | |
| THIRTY-FOUR THOUSAND   ) | |
| EIGHT HUNDRED THIRTY-   ) | |
| SEVEN AND 00/100 DOLLARS   ) | |
| ($34,837.00) IN U.S. CURRENCY,) | |
| ) | |
| Defendant.   ) | |

**DEFAULT JUDGMENT**

JEANNE E. SCOTT, U.S. District Judge:

WHEREAS, the United States of America, Plaintiff, has moved this Court for the entry of final default judgment pursuant to Federal Rule of Civil Procedure 55(b)(2), against Victor Mejia, and all potential claimants, and for the forfeiture of the Defendant; and

WHEREAS, the United States of America has shown that there is probable cause to believe that the Defendant is subject to forfeiture, pursuant to 21 U.S.C. § 881(a)(6), to the United States because said currency is money furnished or intended to be furnished in exchange for a

1

controlled substance in violation of Title II of the Controlled Substances Act, 21 U.S.C. § 801, et seq., or are proceeds traceable to such an exchange; and

WHEREAS, Victor Mejia, and all potential claimants, having received notice by publication of the pendency of this action, have failed to file a claim and answer to defend the Defendant; and

WHEREAS, Victor Mejia and the potential claimants are not infants or incompetent persons and are not in the military within the purview of the Soldiers and Sailors Civil Relief Act of 1940, as amended; and

WHEREAS, on January 5, 2006, an Entry of Default was entered and filed against the Defendant.

THEREFORE, it is ordered, adjudged and decreed as follows:

1. That a judgment of default is hereby entered against Victor Mejia, all potential claimants and against the Defendant.

2. The Defendant is hereby forfeited to the United States of America and no other right, title or interest shall exist therein.

3. The Defendant is to be disposed by the United States Marshal Service in accordance with law.

IT IS THEREFORE SO ORDERED.

ENTER: January 26, 2006.

FOR THE COURT:

                                                    s/ Jeanne E. Scott
                                                  JEANNE E. SCOTT
                                UNITED STATES DISTRICT JUDGE